PETERSON, Respondent, vs. PETERSON and another, Appellants.

For the appellants: *Sanborn, Blake & Aberg, Ernest H. Pett,* and *George Blake,* all of Madison.

For the respondent: *Crawford & Crawford* of Superior.

*By the Court.*—Judgment affirmed.

HEWITT and another, Respondents, vs. ANDREWS and others, Appellants.

For the appellants: *Bundy, Beach & Holland* of Eau Claire.

For the respondents: *William E. Thurston* of Durand, and *W. G. Haddow* of Ellsworth.

*By the Court.*—Judgment affirmed.

LALLEMENT and another, Respondents, vs. JENSEN and another, Appellants.

For the appellants: *Barber, Keefe, Patri & Horwitz,* attorneys, and *Frank B. Keefe* and *W. Mead Stillman* of counsel, all of Oshkosh.

For the respondents: *G. E. Clifford* of Green Bay, *Lloyd D. Mitchell* of Oshkosh, and *Bendinger & Hayes,* of Milwaukee, attorneys, and *John A. Kluwin* of counsel of Oshkosh.

*By the Court.*—Judgment affirmed.